**Paul William JENSEN, Plaintiff–Appellant,**

v.

**Gray DAVIS,\* Governor; et al., Defendants–Appellees.**

No. 01–15402.

D.C. No. CV–97–06181–REC.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.\*\*

Decided Aug. 30, 2001.

---

\* Gray Davis, Governor of the State of California, is substituted for his predecessor, Pete Wilson. *See* Fed. R.App. P. 43(c)(2).

\*\* Because the panel unanimously finds this case suitable for decision without oral argument, *see* Fed. R.App. P. 34(a)(2), Jensen's request for oral argument is denied.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

### MEMORANDUM ***

Paul William Jensen, a California state prisoner, appeals pro se the district court's summary judgment in favor of the defendants in his 42 U.S.C. § 1983 action alleging that he received inadequate medical treatment in violation of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's summary judgment, *Kohler v. Inter–Tel Techs.*, 244 F.3d 1167, 1171 (9th Cir.2001), and we affirm.

Summary judgment was proper because Jensen failed to create a genuine issue of material fact that Dr. Hiebert acted in deliberate indifference to his medical needs, *see Sanchez v. Vild,* 891 F.2d 240, 242 (9th Cir.1989); and failed to establish a genuine issue of material fact as to the personal involvement of the remaining defendants in the alleged violations, *see Taylor v. List,* 880 F.2d 1040, 1045 (9th Cir. 1989).

All outstanding motions are denied.

**AFFIRMED.**

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).